IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BECKY LOPEZ,

    Plaintiff,    No. 2:10-cv-01822 GEB KJN PS

    v.

M.V. TRANSPORTATION INCORPORATED,

    Defendant.    ORDER

_____/

    In an order dated July 16, 2010, the undersigned granted plaintiff's application to proceed in forma pauperis and ordered the service of plaintiff's complaint on defendant. (Dkt. No. 4.) It appears that, to date, plaintiff has complied with the requirements of the court's order. Nevertheless, defendant has not yet appeared in this action, and the United States Marshal's ("Marshal") office has not yet informed the court whether it has effectuated service on defendant.

    On December 20, 2010, plaintiff filed a letter with the court,[1] which expresses plaintiff's concern regarding the fact that defendant has not yet appeared in this action. (Dkt. No. 12.) According to this letter, it appears that on September 3, 2010, the Marshal attempted to

---

[1] Although filed on December 20, 2010, plaintiff's letter is dated December 10, 2010.

1

serve plaintiff's complaint and related materials on defendant by mail at the following address, which plaintiff asserts is defendant's corporate office: 360 Campus Lane, Ste. # 201, Fairfield, California 94534. According to plaintiff, the Marshal will now attempt to personally serve defendant. Plaintiff has requested advice from the court regarding what she needs to do to comply with the court's service order.

At the outset, the court informs plaintiff that the court cannot give plaintiff legal advice. That said, the court informs plaintiff that the Marshal's office has confirmed with the court that the Marshal will attempt to effectuate personal service of the complaint and other documents on defendant at the address provided by plaintiff.[2] In light of the fact that the Marshal is diligently pursuing personal service on defendant, the undersigned will continue the Status (Pretrial Scheduling) Conference in this case, which is presently set for January 27, 2011.

Accordingly, IT IS HEREBY ORDERED that the Status (Pretrial Scheduling) Conference in this case that is presently set for January 27, 2011, is continued and will take place on Thursday, March 3, 2011, at 10:00 a.m., in Courtroom 25.

IT IS SO ORDERED.

DATED: December 21, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[2] If plaintiff has any additional information concerning a different address for defendant's corporate office or an authorized agent for receipt of service of process, plaintiff should promptly provide that information to the Marshal's office.