1  JACKSON LEWIS LLP
   CARY G. PALMER (SBN 186601)
2  JEANETTE R. YOUNGBLOOD (SBN 122972)
   801 K Street, Suite 2300
3  Sacramento, California  95814
   Telephone:     (916) 341-0404
4  Facsimile:     (916) 341-0141

5  Attorneys for Defendant
   MV PUBLIC TRANSPORTATION, INC.

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10                  SACRAMENTO DIVISION

11  BECKY LOPEZ,                        | Case No. 2: 10-CV-01822 GEB-KJN PS

12         Plaintiff,                   | **ORDER DISMISSING ACTION WITH PREJUDICE (~~PROPOSED~~)**

13      vs.

14  M.V. TRANSPORTATION, INCORPORATED,

15         Defendant.                   | Complaint Filed:    July 14, 2010
                                        | Trial Date:         November 6, 2012
16

17        IT IS HEREBY ORDERED, in accordance with the stipulation filed by the parties and the

18  motion of plaintiff to dismiss, that this action is dismissed with prejudice.  All future dates set in

19  this case are vacated.

20        IT IS SO ORDERED.

21  **Date:  12/30/2011**

22

23  _____
    KENDALL J. NEWMAN
24  UNITED STATES MAGISTRATE JUDGE

25

26

27

28

                              1
        ORDER DISMISSING ACTION WITH PREJUDICE (PROPOSED)

KJN:nkd

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2